**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Stephani A Mitchell |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1950253 |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 16

**Date of payment change:**
Must be at least 21 days after date of this notice         01/01/2021

**New total payment:**
Principal, interest, and escrow, if any     $ 906.65

**Last 4 digits** of any number you use to identify the debtor's account:     7  1  3  9

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____         **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %         **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____         **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a decrease in premium for Mortgage Insurance

   **Current mortgage payment:** $ 909.05         **New mortgage payment:** $ 906.65

Official Form 410S1                Notice of Mortgage Payment Change                page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Angela M. Mills-Fowler
Signature

Date  12/01/2020

Print: FOWLER, ANGELA M. MILLS
       First Name    Middle Name    Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN       55121-7700
         City                     State    ZIP Code

Contact phone  800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 1950253
Judge: C. Kathryn Preston

In re:

Stephani A Mitchell

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 02, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Stephani A Mitchell
6356 Riverstone Drive

Columbus OH 43228

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:  By Court's CM/ECF system registered email address

Jetta Mencer

P.O. Box 1115

Columbus OH 43216

By Court's CM/ECF system registered email address

N/A

Trustee:  By Court's CM/ECF system registered email address

Edward A. Bailey
Chapter 13 Trustee
130 E. Wilson Bridge Road Suite 200

Worthington OH 43085

/s/Angela M. Mills-Fowler

VP Loan Documentation

Wells Fargo Bank, N.A.